UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Royal Borough of Kensington and Chelsea,

        Petitioner,

    v.                                                  22-cv-8303 (PKC)

Tara Banfa-Louis,

        Respondent.                        ORDER

-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        There will be a preliminary hearing on the matter on October 28, 2022 at 3:30 p.m. The hearing will proceed telephonically. Call-in information is: Dial-In No.: 1-888-363-4749, Access Code: 3667981.

        SO ORDERED.

                                            P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
           October 3, 2022