UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROYAL BOROUGH OF KENSINGTON AND
CHELSEA,

                Petitioner,                22-cv-8303 (PKC)

    -against-                      ORDER

TARA BANFA-LOUIS,

                Respondent.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The preliminary hearing is adjourned from October 28, 2022 to November 4, 2022 at 2 p.m. All call-in information remains the same.

        SO ORDERED.

                                                        P. Kevin Castel
                                              United States District Judge

Dated:  New York, New York
         October 24, 2022