IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL BOROUGH OF KENSINGTON AND CHELSEA | * |
| | * |
| Petitioner, | * |
| | * |
| v. | * Civil No. 1:22-cv-8303 |
| TARA BAFNA-LOUIS (a/k/a, Talia Becker, Talia Louis, Tara Becker, Tara Maynard, Taliya Becker, and/or Taliya Louis) | * |
| | * |
| Respondent. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER TO CORRECT CASE CAPTION

The Petitioner's Motion to Correct Case Caption is GRANTED. The Clerk is directed to correct the case caption in accordance with the Petitioner's motion and to identify the Respondent as Tara Bafna-Lewis.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

11-4-22