UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROYAL BOROUGH OF KENSINGTON AND
CHELSEA,

                    Petitioner,                    22-cv-8303 (PKC)

       -against-

                                                           ORDER

TARA BAFNA-LOUIS,

                    Respondent.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

      Within 14 days, the petitioner shall file a letter-brief that sets forth the basis for its standing under the Hague Convention. The respondent may respond by letter-brief within 14 days thereafter.

      Fact discovery in this case shall be completed no later than December 23, 2022.

      Each party may submit a pre-hearing brief no later than January 5, 2023.

      The hearing on the petition will begin at 10 a.m. on January 9, 2023 in Courtroom 11D.

      SO ORDERED.

                                                               P. Kevin Castel
                                                       United States District Judge

Dated: New York, New York
         November 4, 2022