UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROYAL BOROUGH OF KENSINGTON AND
CHELSEA,

                        Petitioner,                      22-cv-8303 (PKC)

    -against-                                     ORDER

TARA BANFA-LOUIS,

                        Respondent.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       In this proceeding brought under the Convention on the Civil Aspects of International Child Abduction (the "Convention") and the International Child Abduction Remedies Act, 22 U. S. C. § 9001 *et seq.* ("ICARA"), respondent's counsel seeks the appointment by the Court of counsel for a non-party 13-year old child referred to as CB-L.

       The Court has solicited the assistance of pro bono counsel to represent CB-L who may be interviewed by the Court under procedures consistent with the Convention and ICARA. There is no mechanism for payment of attorneys' fees out of public funds, beyond reimbursement for certain out of pocket expenses. The Court will advise the parties when, as and if counsel is appointed.

       Letter motion (Doc 31) is GRANTED in part and DENIED in part as indicated herein.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
December 20, 2022