UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROYAL BOROUGH OF KENSINGTON AND
CHELSEA,

                        Petitioner,                    22-cv-8303 (PKC)

    -against-                                  ORDER

TARA BANFA-LOUIS,

                        Respondent.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Petitioner seeks the return of two children under the Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act, 22 U.S.C. § 9001 et seq. Petitioner alleges that the two children are wards of the English High Court and were wrongfully removed by respondent in violation of Court orders. The petitioner and respondent are both represented by counsel.

       The Court hereby appoints Dara L. Sheinfeld[1] and Amelia T. R. Starr[2] of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, as attorneys for non-party CB-L, a 13-year old child, one of the two children who is the subject of the petition. Ms. Sheinfeld and Ms. Starr have graciously agreed to serve as counsel *pro bono publico*. Any other lawyer designated by Ms. Sheinfeld or Ms. Starr may file an appearance as well.

       The hearing is scheduled for January 9, 2023 in Courtroom 11D. A written submission is neither required nor prohibited.

---

[1] dara.sheinfeld@davispolk.com
[2] amelia.starr@davispolk.com

Counsel for petitioner and respondent shall cooperate in any request by CB-L's attorneys for private meetings with their client.

The Court expresses gratitude to Clara Presler of the Court's Pro Se Office and the New York Lawyers Assistance Group for their prompt assistance.

The Clerk shall note the appearances of Ms. Sheinfeld and Ms. Starr on the docket.

SO ORDERED.

*P. Kevin Castel*
P. Kevin Castel
United States District Judge

Dated: New York, New York
December 22, 2022