**Davis Polk**

Amelia T.R. Starr
+1 212 450 4516
amelia.starr@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

**Via Electronic Docket**

January 18, 2023

Re: Royal Borough of Kensington & Chelsea v. Tara Banfa-Louis, No. 22-cv-8303 (PKC)

The Hon. P. Kevin Castel
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Dear Judge Castel:

I write to request the sealing of Document 49, filed on January 18, 2023. The Document includes an attachment with the first name of a minor child. Upon sealing we will provide a redacted version of the same.

Very truly yours,

Amelia T.R. Starr

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

1-19-23