UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROYAL BOROUGH OF KENSINGTON AND
CHELSEA,

                              Petitioner,                              22-cv-8303 (PKC)

      -against-                                                      ORDER

TARA BAFNA-LOUIS,

                              Respondent.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Court has received and reviewed the letter of January 18, 2023 from counsel for non-party CB-L, which attaches an email of the same date from respondent.

        The obstruction of justice statutes making it a crime to, among other things, use threats to influence, delay or prevent the testimony of any person in an official proceeding under circumstances set forth in the statutes. 18 U.S.C. §§ 1509, 1512.

        As a cautionary matter, the Court Orders as follows:

        1.        Respondent is directed to refrain from making any threats to counsel for non-party CB-L, directly or indirectly. Any communication by respondent with counsel for non-party CB-L shall be made by and through her counsel of record in this case.

        2.        By reason of Rule 4(a) of the New York Rules of Professional Conduct, generally prohibiting communications by a lawyer with a represented party about the subject of the representation, silence by counsel to non-party CB-L in response to any communication by respondent, including the email of January 17, 2023, shall not be deemed to be acquiescence in any statement or position therein.

        3.      Neither respondent nor respondent's counsel shall communicate, directly or indirectly, with non-party CB-L concerning the subject matter of this proceeding unless CB-L's counsel is present.

        4.      The Court's Order of January 17, 2023 adequately sets forth the contemplated role of counsel for non-party CB-L.

        5.      Counsel for respondent shall furnish a copy of this Order to his client.

        6.      The letter of counsel for non-party CB-L, dated January 18, 2023 (ECF 49) shall be SEALED by the Clerk.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       January 19, 2023