IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROYAL BOROUGH OF KENSINGTON AND CHELSEA**  *  Petitioner,  *  v.  *  **TARA BANFA-LOUIS**  (a/k/a, Talia Becker, Talia Louis, Tara Becker, Tara Maynard, Taliya Becker, and/or Taliya Louis)  *  Respondent.  * | Civil No. 1:22-cv-08303-PKC |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Petitioner's oral ne exeat motion, made in open court on Wednesday, January 25, 2023, and without objection from the Respondent or Counsel for CB-L, it is hereby **ORDERED**, in accordance with 22 U.S.C. 9004, that the Respondent, Tara Bafna-Louis, also known as Talia Becker, and also known from time to time by the names set forth above in the caption, be and hereby is **PROHIBITED** from removing the children CB-L and Baby-L, or causing the removal of the children CB-L and Baby-L, from the State of New York, before the final disposition of this case or further order of this Court.

DATED this 26th day of January, 2023

Hon. P. Kevin Castel
United States District Judge
United States District Court for the
Southern District of New York