UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROYAL BOROUGH OF KENSINGTON AND
CHELSEA,

                         Petitioner,                         22-cv-8303 (PKC)

       -against-                                     ORDER

TARA BANFA-LOUIS,

                        Respondent.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The Clerk is directed to seal the Post-Trial Brief (ECF 78-1) and terminate the letter motion to seal (ECF 84). Counsel for CB-L shall file a redacted brief within 5 days.

        SO ORDERED.

                                                     P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
        February 23, 2023