UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROYAL BOROUGH OF KENSINGTON AND
CHELSEA,

                Petitioner,                22-cv-8303 (PKC)

   -against-                          ORDER

TARA BAFNA-LOUIS,

                Respondent.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       There will be a conference at 3 p.m. on January 23, 2024 in Courtroom 11D of the Daniel Patrick Moynihan Courthouse, 500 Pearl St., New York, NY. Respondent Bafna-Louis shall attend.

       Petitioner shall file a proposed Second Amended Return Order no later than 12 p.m. on January 22, 2024. Petitioner shall submit a letter describing any relief that it now seeks in addition to the relief in the Amended Return Order.

       SO ORDERED.

                                                                 P. Kevin Castel
                                                    United States District Judge

Dated:  New York, New York
           January 17, 2024