IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROYAL BOROUGH OF KENSINGTON AND CHELSEA** | * |
| Petitioner, | * |
| v. | *   Civil No. 1:22-cv-8303-PKC |
| **TARA BAFNA-LOUIS** (a/k/a Talia Becker, Talia Louis, Tara Becker, Tara Baynard, Taliya Becker and/or Taliya Louis) | * * |
| Respondent. | * * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SECOND AMENDED RETURN ORDER

This Second Amended Return Order (an unredacted copy of which Return Order with the child's full name listed in Paragraph 1 being provided by chambers to the Petitioner's counsel) is made pursuant to the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention"), and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. 9001 *et seq.* In accordance with this Court's Opinion, Findings of Fact, Conclusions of Law, and Order, it is this 23rd day of January, 2024, by the United States District Court for the Southern District of New York, hereby:

1. **ORDERED**, that Baby L, who is identified in the Petition as LCJB and was born in 2021, shall be returned to London, England, United Kingdom on Friday, January 26, 2024 in the care and company of the Respondent, Tara Bafna-Louis (a/k/a Talia Becker) (the "Mother"), subject to the conditions and restrictions set forth in Paragraphs 2-15 below; and it is further

2. **ORDERED**, that the Mother shall return Baby L to London, England on American Airlines Flight Number 104, departing at 10:25 p.m. on Thursday, January 25, 2024 from John F.

Kennedy International Airport ("JFK") in New York and arriving at London Heathrow Airport ("LHR") on Friday, January 26, 2024 at 10:25 a.m.; and it is further

3. **ORDERED**, that the Mother shall arrive at the JFK Terminal 8 American Airlines ticket counter no later than 6:25 p.m. on Thursday, January 25, 2024; and it is further

4. **ORDERED**, that the Mother shall present herself and Baby L to the American Airlines check-in counter staff, along with the United States passports for herself and Baby L to check in for the flight to London no later than 6:25 p.m. on Thursday, January 25, 2024; and it is further

5. **ORDERED**, that the Mother is hereby enjoined from interfering or causing or allowing others to interfere with or otherwise prevent Baby L's departure from the United States for London; and it is further

6. **ORDERED**, that in the event American Airlines personnel or any airport security or law enforcement personnel require additional information regarding the Mother's travel to England with Baby L, the Mother shall respond to any inquiry bearing upon her departure or Baby L's departure to the United Kingdom by presenting the inquiring staff member or officer with copies of: (A) this Second Amended Return Order; (B) the December 8, 2023 Order entered by the High Court of Justice, Family Division; and (C) any other and further order that may be entered by the High Court of Justice, Family Division between the date of this Second Amended Return Order and the date of the Mother's travel to England; and it is further

7. **ORDERED**, that counsel for the Petitioner, Royal Borough of Kensington and Chelsea ("RBKC"), Stephen J. Cullen and Kelly A. Powers, may attend at the American Airlines ticket counter, along with the Mother, on Thursday, January 25, 2024 to assist American Airlines personnel and/or any airport security or law enforcement personnel as necessary to ensure any and all such personnel are provided with all necessary documents (including the unredacted version of

this Return Order) and information for the Mother and child to travel to England in accordance with this Second Amended Return Order; and it is further

8.      **ORDERED,** that no person with knowledge of this Order and acting at the behest of the Mother shall interfere with the Mother and RBKC in returning Baby L to the United Kingdom and shall allow the Mother to accompany the minor child to the United Kingdom, giving the Mother the right without interference to have Baby L with her and to travel to the United Kingdom with Baby L for the purposes described herein; and it is further

9.      **ORDERED**, that RBKC, through its counsel of record in this matter, shall provide a complete copy of the airline ticket booking and payment confirmation it has obtained for the travel of the Mother and Baby L to this Court and all counsel of record in this matter by filing a notice (with the required complete airline confirmations attached as an exhibit) through the Court's CM/ECF system on or before Wednesday, January 24, 2024 at 12:00 noon EDT. The copy of the airline confirmation filed through the Court's CM/ECF system shall be redacted in accordance with applicable federal and local rules. In addition, RBKC's counsel shall provide a complete unredacted copy of the said filing to the Court, by submitted the said filing under seal, and shall provide a complete unredacted copy of the said filing to all counsel of record by email on or before Wednesday, January 24, 2024 at 12:00 noon EDT; and it is further

10.     **ORDERED**, that in accordance with 22 U.S.C. 9004, the Mother shall be and hereby is prohibited from removing Baby L or causing Baby L to be removed from the State of New York, before Baby L's departure from New York for England on January 25, 2024; and it is further

11.     **ORDERED**, that RBKC shall file a notice in this Court promptly upon Baby L's return to England to confirm to this Court that Baby L has been returned to England; and it is further

12.     **ORDERED**, that this Second Amended Return Order, which is a public document and subject to public access, may be disclosed to the High Court of England & Wales, any other United Kingdom or United States of America Court, or any solicitor or barrister or attorney and counselor-at-law representing the Mother or any governmental agency in the United Kingdom or the United States, including, but not limited to the Secretary of State for the Home Department ("SSHD") and any and all SSHD employees and contractors; and it is further

13.     **ORDERED**, that if the Mother does not return the child to England in accordance with Paragraphs 1-10 of this Second Amended Return Order, or if the Mother interferes or causes or allows others to interfere with or otherwise prevent Baby L from returning to England in accordance with Paragraphs 1-10 of this Return Order, RBKC shall so notify this Court immediately; and it is further

14.     **ORDERED**, that this Second Amended Return Order is made under the authority of 22 U.S.C. 9003(a), conferring original jurisdiction upon this Court, and under the authority of Article 12 of the 1980 Hague Convention; and it is further

15.     **ORDERED,** THAT THIS ORDER IS BINDING ON THE PARTIES, THEIR OFFICERS, AGENTS, SERVANTS, EMPLOYEES, ATTORNEYS, AND THOSE WHO ARE IN ACTIVE CONCERT AND PARTICIPATION WITH THEM. ANY VIOLATION OF THIS ORDER IS PUNISHABLE AS CONTEMPT OF COURT.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated:  New York, New York
        January 23, 2024