UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROYAL BOROUGH OF KENSINGTON AND
CHELSEA,

                     Petitioner,                     22-cv-8303 (PKC)

       -against-                               ORDER

TARA BAFNA-LOUIS, a/k/a Talia Becker, Talia
Louis, Tara Becker, Tara Maynard, Taliya
Becker, and/or Taliya Louis,

                     Respondent.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       There will be a conference at 10:30 a.m. on February 7, 2024 in Courtroom 11D of the Moynihan Courthouse, 500 Pearl Street, New York, NY.  Respondent Bafna-Louis shall attend.  Any application or proposed Order shall be filed by the petitioner by 2 p.m. on February 5, 2024.

       SO ORDERED.

                                              P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       January 26, 2024