UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROYAL BOROUGH OF KENSINGTON AND
CHELSEA,

                  Petitioner,                  22-cv-8303 (PKC)

    -against-                  ORDER

TARA BAFNA-LOUIS, a/k/a Talia Becker, Talia
Louis, Tara Becker, Tara Maynard, Taliya
Becker, and/or Taliya Louis,

                  Respondent.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Respondent is ORDERED to bring Baby L and his U.S. and/or British passport(s) and any current visa or travel documents to the hearing in Courtroom 11D at 10:30 a.m. on February 7, 2024.  Respondent is also ORDERED to bring to the hearing her own U.S. and/or British or any other passport(s) issued to her and any current visa or travel documents.

        FAILURE TO COMPLY IS PUNISHABLE AS CONTEMPT OF COURT.

        SO ORDERED.

                                                                         P. Kevin Castel
                                                      United States District Judge

Dated: New York, New York
         January 26, 2024