**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **ROYAL BOROUGH OF**<br>**KENSINGTON AND CHELSEA** | * | |
| **Petitioner,** | * | |
| **v.** | * | **Civil No. 1:22-cv-8303-PKC** |
| **TARA BAFNA-LOUIS** | * | |
| **(a/k/a Talia Becker, Talia Louis,**<br>**Tara Becker, Tara Baynard,** | * | |
| **Taliya Becker and/or Taliya Louis)** | * | |
| **Respondent.** | * | |
| | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

<u>**THIRD AMENDED RETURN ORDER**</u>

This Third Amended Return Order is made pursuant to the 1980 Convention on the Civil

Aspects of International Child Abduction (the "Hague Convention"), and the International Child

Abduction Remedies Act ("ICARA"), 22 U.S.C. 9001 *et seq.* In accordance with this Court's

Opinion, Findings of Fact, Conclusions of Law, and Order, it is this 7th day of February, 2024, by

the United States District Court for the Southern District of New York, hereby:

1. **ORDERED**, that Baby L, born in 2021, shall be returned to London, England on

American Airlines Flight Number 104, departing at 10:25 p.m. on Thursday, February 22, 2024

from John F. Kennedy International Airport ("JFK") in New York, and arriving at London

Heathrow Airport ("LHR") on Friday, February 23, 2024 at 10:25 a.m.; and it is further

2. **ORDERED**, that the Respondent, Tara Bafna-Louis (a/k/a Talia Becker) (the

"Mother"), shall travel with Baby L to London, England in accordance with this Third Amended

Return Order; and it is further

3.    **ORDERED**, that the Mother shall attend the appointment at the Washington Passport Agency, 600 19th Street N.W., First Floor, Washington D.C. for an appointment (Confirmation Number 8542622) on February 14, 2024 at 9:30 a.m. for the purpose of obtaining a U.S. Passport for Baby L and further that Respondent shall take all necessary steps to facilitate the issuance of said U.S. Passport, including furnishing all required documentation and execution of documents; and it is further

4.    **ORDERED**, that upon issuance of said U.S. Passport, the Mother shall forthwith telephone Ms. Kelly A. Powers at the numbers furnished to the Mother in Court on February 7, 2024 and will meet Ms. Powers at the U.S. Passport Agency within two hours of the telephone call; and it is further

5.    **ORDERED**, that the Petitioner, Royal Borough of Kensington and Chelsea ("RBKC") shall arrange for its own social workers, namely Nicola Shanks and Sarah McManus, to accompany Baby L on the same flight as the Mother and Baby L on Thursday, February 22, 2024; and it is further

6.    **ORDERED**, that the Mother shall bring Baby L to Courtroom 11D of this Court on Thursday, February 22, 2024 at 2:00 p.m. to meet the RBKC social workers to travel to JFK airport to arrive at JFK airport no later than 6:25 p.m. RBKC shall arrange appropriate transportation for the Mother, Baby L, and the RBKC social workers to JFK airport from the courthouse; and it is further

7.    **ORDERED**, that if the Mother does not board the flight on Thursday, February 22, 2024 from JFK to LHR with Baby L, then the RBKC social workers identified in paragraph 5 above shall return Baby L to London, England, United Kingdom on the airline itinerary set forth above on the date set forth above, and the RBKC social workers shall have the right to return Baby L to England without interference and without the Mother; and it is further

2

8.     **ORDERED**, that the Mother is hereby enjoined from interfering or causing or allowing others to interfere with or otherwise prevent Baby L's departure from the United States for London with the RBKC social workers; and it is further

9.     **ORDERED**, that counsel for RBKC, Stephen J. Cullen and Kelly A. Powers, shall hold Baby L's United States passport for safekeeping through check-in at JFK, and shall attend at the American Airlines ticket counter, along with the Mother and/or the RBKC social workers, on Thursday, February 22, 2024 at 6:25 p.m. to deliver Baby L's United States passport to the RBKC social workers to facilitate Baby L's return to London; and it is further

10.     **ORDERED**, that in accordance with 22 U.S.C. 9004, the Mother shall be and hereby is prohibited from removing Baby L or causing Baby L to be removed from the State of New York, before Baby L's departure from New York for England on February 22, 2024, except for travel to Washington D.C. either via Amtrak, air to Reagan National Airport or Dulles International Airport or automobile departing from New York, NY no later than February 13, 2024 and returning to New York, NY by 2 p.m. February 15, 2024; and it is further

11.     **ORDERED**, that RBKC shall file a notice in this Court promptly upon Baby L's return to England to confirm to this Court that Baby L has been returned to England; and it is further

12.     **ORDERED**, that this Third Amended Return Order is made under the authority of 22 U.S.C. 9003(a), conferring original jurisdiction upon this Court, and under the authority of Article 12 of the 1980 Hague Convention; and it is further

13.     **ORDERED,** THAT THIS ORDER IS BINDING ON THE PARTIES, THEIR OFFICERS, AGENTS, SERVANTS, EMPLOYEES, ATTORNEYS, AND THOSE WHO ARE IN ACTIVE CONCERT AND PARTICIPATION WITH THEM. ANY VIOLATION OF THIS ORDER IS PUNISHABLE AS CONTEMPT OF COURT.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  New York, New York
        February 7, 2024