IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ROYAL BOROUGH OF KENSINGTON AND CHELSEA**      **Petitioner,**  v.  **TARA BAFNA-LOUIS** (a/k/a, Talia Becker, Talia Louis, Tara Becker, Tara Maynard, Taliya Becker, and/or Taliya Louis)      **Respondent.** | *  *  *  *  *  *  *  *     **Civil No. 1:22-cv-8303** |

\* \* \* \* \* \* \* \* \* \* \* \*

## PETITIONER'S STATUS REPORT – RETURN OF BABY L

Petitioner, Royal Borough of Kensington and Chelsea ("Petitioner"), by and through its undersigned counsel, files this Status Report – Return of Baby L, and states as follows:

1. The Respondent, Tara Bafna-Louis ("Respondent") has returned with Baby L to England, the child's habitual residence, in accordance with this Court's Third Amended Return Order (Doc. 146, ¶¶ 1-2).

2. The Respondent and Baby L have now arrived at the apartment in England that the Petitioner has furnished for the Respondent and her family.

3. The Tipstaff is in possession of Baby L's United States passport.

                                               /s/ Stephen J. Cullen
                                               Stephen J. Cullen, *Pro Hac Vice*
                                               Kelly A. Powers, *Pro Hac Vice*
                                               Miles & Stockbridge P.C.
                                               1201 Pennsylvania Avenue, N.W., Suite 900
                                               Washington, DC 20004
                                               (202) 465-8374
                                               (410) 385-3709 (fax)
                                               scullen@milesstockbridge.com
                                               kpowers@milesstockbridge.com

                                               *Attorneys for Petitioner*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 23rd day of February, 2024, a copy of the foregoing Status Report – Return of Baby L has been electronically filed, and that it is available for viewing and downloading from the ECF system to all counsel of record.

/s/ Stephen J. Cullen<br>
Stephen J. Cullen, *Pro Hac Vice*
