Denied as moot.
SO ORDERED.
Dated: 3/1/2024

_P. Kevin Castel_
**P. Kevin Castel**
**United States District Judge**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Tara Bafna-Louis

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Royal Borough Ken Chelsea

(List the full name(s) of the defendant(s)/respondent(s).)

22 cv 8303 (PKC )

Application for the Court to
Request Pro Bono Counsel

I ask the Court to request a *pro bono* attorney to represent me in this action. In support of my application, I declare under penalty of perjury that the following information is true and correct:

1.  Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

    [✓] I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

    [ ] I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

    [ ] I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2.  Explain why you need an attorney in this case. (Please note that requests for pro *bono* counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.) If you asked for an attorney earlier in this case, please also explain what has changed since you last asked for an attorney.

    My infant could be removed without a carer. My 14 year old has nobody apart from myself to look after him, I have no funds to get representation. The courts know I am a single mom on food stamps fighting the UK gov. w/ deep pockets. Please help my family!

Rev. 3/27/14

please note I have already prove
food stamps, HRA, medicaid and
homelessness.

3. Explain what steps you have taken to find an attorney and with what results. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to the telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

I have attended in person
and asked a number of law firms
who requires $600 - 1000 per hour
which I cannot afford

4. If you need an attorney who speaks a language other than English, state what language(s) you speak: n/a

5. I understand that if an attorney volunteers to represent me and that attorney learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

6. I understand that even if the Court grants this application, I will receive pro bono counsel only if an attorney volunteers to take my case and that there is no guarantee that an attorney will volunteer to represent me.

7. I understand that if my answers on this application or in my IFP application are false, my case may be dismissed.

10/5/23
Date

Signature

Tara Bafna-Lais
Name (Last, First, MI)

Prison Identification # (if incarcerated)

20 E 74th          NY          NY          10021
Address            City        State       Zip Code

917 5583395
Telephone Number

E-mail Address (if available)

talia.consk@gmail.com

2