UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ROYAL BOROUGH OF KENSINGTON AND
CHELSEA,

                Petitioner,

                                          22-cv-8303 (PKC)

    -against-                                      ORDER

TARA BAFNA-LOUIS a/k/a Talia Becker, Talia
Louis, Tara Becker, Tara Maynard, Taliya Becker
and/or Taliya Louis,

                Respondent.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       On February 23, 2024, the Petitioner reported that the Respondent "has returned with Baby L to England, the child's habitual residence, in accordance with this Court's Third Amended Return Order (Doc. 146, ¶¶ 1-2)." (ECF 151.) The Clerk is respectfully directed to enter judgment for the Petitioner and to close the case.

       SO ORDERED.

                                                 P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       March 13, 2024