**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ROYAL BOROUGH OF KENSINGTON AND
CHELSEA,

                                        Petitioner,

               -against-                                  22 **CIVIL** 8303 (PKC)

                                                          **<u>JUDGMENT</u>**

TARA BAFNA-LOUIS a/k/a Talia Becker, Talia
Louis, Tara Becker, Tara Maynard, Taliya Becker
and/or Taliya Louis,

                                        Respondent.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 13, 2024, the Petitioner reported on February 23, 2024, that the Respondent "has returned with Baby L to England, the child's habitual residence, in accordance with this Court's Third Amended Return Order (Doc. 146, Paragraph 1-2)." (ECF 151.) Judgment is entered for the Petitioner; accordingly, the case is closed.

**Dated:**  New York, New York

       March 14, 2024

                                                                  **RUBY J. KRAJICK**
                                                                      **Clerk of Court**

                                    **BY:**      *K. Mango*

                                                                      **Deputy Clerk**